UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINDA McNEIL,

              Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

              Defendant.

CASE NO. 11-cv-05827 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3)     **JUDGMENT** is for plaintiff and the case should be closed.

Dated this 18th day of September, 2012.

                                          BENJAMIN H. SETTLE
                                          United States District Judge